280 So.2d 801

**In re Thomas Jefferson HOUSTON**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 448.**

Supreme Court of Alabama.

July 12, 1973.

William J. Baxley, Atty. Gen., and Kent Brunson, Asst. Atty. Gen., for the State.

No brief for respondent.

BLOODWORTH, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Houston v. State, 50 Ala.App. 536, 280 So. 2d 797.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.